Alexander J. Taylor, Esq.
**SULAIMAN LAW GROUP, LTD.**
2500 S. Highland Ave
Suite 200
Lombard, IL 60148
(630) 575-8181
(630) 575-8188 (fax)
ataylor@sulaimanlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS J. SCIARRA,<br><br>   Plaintiff<br><br>v.<br><br>TAVELLI CO., INC. D/B/A TAVCO CREDIT SERVICES,<br><br>   Defendant. | Case No.  3:22-cv-05305-WHA |

### MOTION FOR ENTRY OF CLERK'S DEFAULT

**NOW COMES** Plaintiff, MARCUS J. SCIARRA, and pursuant to Fed. R. Civ. P. 55(a), seeking entry of Clerk's default against defendant, Tavelli Co., Inc. d/b/a Tavco Credit Services, and in support thereof, stating as follows:

1. On November 08, 2021, Plaintiff filed the instant action against Tavelli Co., Inc. d/b/a Tavco Credit Services ("Defendant") seeking redress for violations of the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. § 1692 et seq. and the Rosenthal Fair Debt Collection Practices Act (the "RFDCPA"), Cal. Civ. Code §1788 et seq. [Dkt. 1]

2. Plaintiff's claims arise from Defendant's abusive debt collection practices.

3. On September 24, 2022, Defendant was served with Plaintiff's complaint. [Dkt. 6]

4. Defendant's answer was due on or before October 17, 2022.

5. Despite being duly served with Plaintiff's complaint, Defendant has failed to appear or otherwise respond to Plaintiff's complaint. *See* Exhibit A; Affidavit of Alexander J. Taylor.

6. Pursuant to Fed. R. Civ. P. 55(a), Plaintiff is seeking the entry of Clerk's default as a result of Defendant's failure to respond to Plaintiff's complaint.

**WHEREFORE**, Plaintiff respectfully requests the entry of Clerk's default against Defendant Tavelli Co., Inc. d/b/a Tavco Credit Services, and for any further relief the Court deems just and proper.

DATED: December 12, 2022 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**MARCUS J. SCIARRA**
　　　　　　　　　　　　　　　　　　　　　　　s/ *Alexander J. Taylor*
　　　　　　　　　　　　　　　　　　　　　　　Alexander J. Taylor, Esq.
　　　　　　　　　　　　　　　　　　　　　　　SULAIMAN LAW GROUP, LTD.
　　　　　　　　　　　　　　　　　　　　　　　2500 S. Highland Ave
　　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Lombard, IL 60148
　　　　　　　　　　　　　　　　　　　　　　　(630) 575-8181
　　　　　　　　　　　　　　　　　　　　　　　(630) 575-8188 (fax)
　　　　　　　　　　　　　　　　　　　　　　　ataylor@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court for the Northern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by USPS Priority Mail, postage prepaid to the following participants:

TAVELLI CO., INC. d/b/a TAVCO CREDIT SERVICES
C/O Registered Agent
Robert Tavelli
3530 Cypress Way
Santa Rosa, CA 95405

*/s/ Alexander J. Taylor*
