UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS J. SCIARRA,

    Plaintiff,

v.

TAVELLI CO., INC.,

    Defendant.

No. C 22-05305 WHA

**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AND REQUESTING PLAINTIFF'S RESPONSE TO MOTION**

The Court has received plaintiff's request to appear by telephone (Dkt. No. 19). In the Court's experience, telephonic hearings on extended arguments of this nature are awkward and inconducive to a proper hearing. Plaintiff's counsel filed in this district and therefore must be willing to appear here. Plaintiff's request is **DENIED**.

There remains a question, however, of whether there will be a hearing at all. Plaintiff's counsel has missed the deadline for responding to defendant's motion to set aside its default (Dkt. No. 15). Plaintiff must file a submission indicating whether it opposes the motion by **FEBRUARY 24, 2023** at **NOON**. Failure to respond will result in defendant's motion being granted as unopposed.

As for the prospect of settlement, the parties should bear in mind that no deadlines will be vacated until a final stipulation for dismissal is filed.

**IT IS SO ORDERED.**

Dated: February 23, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE